UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-81384-CIV-DIMITROULEAS

BRADLEY BERNARD,

     Plaintiff,

v.

INTEGRATED EVENT AND PARKING
SERVICES LLC, a Florida Limited Liability
Company, and SCOTT A. HAMILTON,
Individually,

     Defendants.                              /
_____

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintif's Motion for Bill of Costs [DE 75] and the

May 12, 2026 Report and Recommendation Regarding Plaintiff's Unopposed Motion to Tax

Costs, entered by United States Magistrate Judge Bruce E. Reinhart [DE 80] (the "Report"). The

Court notes that no objections to the Report [DE 80] have been filed, and the time for filing such

objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings

in the Report [DE 80] are hereby adopted and deemed incorporated into this opinion. *LoConte v.*

*Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v.*

*Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 80] and record and is otherwise fully advised in the premises. The Court agrees with

the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 80] is hereby **ADOPTED** and **APPROVED**;

2.        Plaintif's Motion for Bill of Costs [DE 75] is **GRANTED IN PART AND DENIED**

        **IN PART**;

3.        Plaintiff is awarded costs in the amount of $3,084.80.

        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

13th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record