UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-81384-CIV-DIMITROULEAS

BRADLEY BERNARD,

     Plaintiff,

v.

INTEGRATED EVENT AND PARKING
SERVICES LLC, a Florida Limited Liability
Company, and SCOTT A. HAMILTON,
Individually,

     Defendants.             /

---

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Attorneys' Fees and Non-Taxable Costs [DE 76]; the May 19, 2026 Report and Recommendation on Plaintiff's Motion for Attorneys' Fees (ECF No. 76), entered by United States Magistrate Judge Bruce E. Reinhart [DE 82] (the "Report"); Plaintiff's Objection to the Report & Recommendation [DE 83]; Defendants' Response in Opposition to Plaintiff's Request for Clarification [DE 85]; and Plaintiff's Reply in Support of His Objection to the Report & Recommendation [DE 86]. The Court has carefully considered these filings, the entire docket, and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784

(citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and Plaintiff's Objection to the Report & Recommendation [DE 83].

On May 27, 2026, the Court entered an Order in which it construed Plaintiff's Objection to the Report and Recommendation [DE 83] as a Request for Clarification of Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Attorney's Fees and referred the Request for Clarification to Judge Reinhart. *See* [DE 84]. However, upon careful consideration of the full briefing of Plaintiff's Objection, *see* [DE's 83, 85, 86], the Court now construes Plaintiff's Objection, via its request for clarification, as a motion to amend the Final Judgment.1

The Court **OVERRULES** Plaintiff's "Objection" as it is improper. The Court entered a Final Judgment on December 10, 2025 in Plaintiff's favor on the FLSA retaliation claim. *See* [DE 44] ("Judgment is hereby entered in favor of Plaintiff BRADLEY BERNARD and against Defendants INTEGRATED EVENT AND PARKING SERVICE LLC and SCOTT A. HAMILTON on Plaintiff's claim for retaliation in violation of the FLSA in the amount of $34,062.00, for which let execution issue; The Clerk shall CLOSE this case and DENY any pending motions as moot."). Plaintiff cannot use his May 22, 2026 "objection" to the Magistrate Judge's Report and Recommendation regarding attorneys' fees to request that the Court amend the Final Judgment.

---

[1] This request is accordingly not referred to Judge Reinhart. The Court hereby **WITHDRAWS** its Order of Referral of this issue [DE 84].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 82] is hereby **APPROVED**;

2. Plaintiff's Objection to the Report & Recommendation [DE 83] is **OVERRULED**;

3. Plaintiff's Motion for Attorneys' Fees and Non-Taxable Costs [DE 76] is

   **GRANTED** to the extent that Plaintiff is hereby awarded $52,870 in attorney's fees

   and $450 in non-taxable costs.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

6th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record